IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RAMIZ YOUNIS,** *et al.*                                                                     **PLAINTIFFS**

**v.**                                          **CASE NO.  4:23-CV-01038-BSM**

**ANTONY BLINKEN, United States**                                          **DEFENDANTS**
**Secretary of State; and LLOYD AUSTIN,**
**United States Secretary of Defense,** *in their*
*official capacities only*

## ORDER

Although the complaint does not request a preliminary injunction, a hearing will be

held within twenty days of the date that all defendants are served with the complaint to

determine whether a preliminary injunction should issue.

IT IS SO ORDERED this 31st day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE