# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RAMIZ YOUNIS,** *et al.*            **PLAINTIFFS**

**v.**          **CASE NO. 4:23-CV-01038-BSM**

**ANTONY BLINKEN,** United States           **DEFENDANTS**
Secretary of State; **and LLOYD AUSTIN,**
United States Secretary of Defense, *in their*
*official capacities only*

## ORDER

Plaintiffs' notice of voluntary dismissal [Doc. No. 3] is noted. The complaint is dismissed without prejudice.

IT IS SO ORDERED this 21st day of December, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE