IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RAMIZ YOUNIS,** *et al.* **PLAINTIFFS**

**v.** **CASE NO. 4:23-CV-01038-BSM**

**ANTONY BLINKEN, United States** **DEFENDANTS**
**Secretary of State; and LLOYD AUSTIN,**
**United States Secretary of Defense,** *in their*
*official capacities only*

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE